# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                             Case No. 6:05-cr-220-Orl-22KRS

**JAMIE SANDOVAL**

---

## ORDER

This cause came on for consideration after my review of the documents submitted for *in camera* review pursuant to my order dated June 6, 2006. For the reasons stated on the record on the *in camera, ex parte* hearing held on July 19, 2006, it is **ORDERED** that the following documents shall be disclosed to counsel for Defendant Sandoval on or before July 28, 2006:

1. DEA-6 report prepared by Special Agent Cunningham, Bates No. III(4)00023, with G-Dep Identifier and Naddis numbers redacted therefrom;

2. Letter from Daniel W. Eckhart to Charles Greene, Bates No. III(4)00003;

3. Notes of Daniel W. Eckhart, Bates No. III(4)00001 AWP; and

4. Notes of Task Force Officer Chiota, Bates No. III(4)00005-00019.

I find that none of the other documents submitted for *in camera* review contain information that must be disclosed under *Brady* and its progeny that has not previously been disclosed to counsel for the Defendant.

It is further **ORDERED** that the Clerk of Court shall return the documents submitted for *in camera* review to the United States. It is further **ORDERED** that the United States shall preserve these documents, or scanned images thereof, in tact pending the conclusion of this case, and all appeals therefrom.

**DONE** and **ORDERED** in Orlando, Florida on this 19th day of July, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant